No. 3,511.—CULBERTSON FERRY CO., APPELLANT, *v.* H. G. HINZ, RESPONDENT.

*Appeal from District Court, Sheridan County; Frank N. Utter, Judge.*

PER CURIAM.—Motion to dismiss the appeal herein is, after due consideration by the court, granted and the appeal is dismissed.

*Messrs. Walsh, Nolan & Scallon* and *Mr. R. O. Lunke,* for Appellant.

*Messrs. Norris, Hurd & McKellar* and *Mr. Frank M. Catlin,* for Respondent.

---

No. 3,549.—STATE EX REL. LEWIS J. DUNCAN, MAYOR, ETC., RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control.

Decided September 16, 1914.

PER CURIAM.—Relator's application for writ of supervisory control herein having been this day presented to the court, it is ordered that the same be denied.

*Messrs. Alex. Mackel, W. F. Davis* and *N. A. Rotering,* for Relator.